# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

JOHN MATTHEW WOOLDRIDGE                                          PLAINTIFF

v.                                              CIVIL ACTION NO. 3:07-CV-421-S

LOUISVILLE METRO POLICE DEPARTMENT, et al.            DEFENDANTS

## REPORT ON SETTLEMENT CONFERENCE

A settlement conference was conducted before the Magistrate Judge on Tuesday, December 1, 2009, with the following appearances:

        FOR THE PLAINTIFF: Andrew Horn, counsel; John Matthew Wooldridge, Plaintiff.

        FOR THE DEFENDANT: Thomas Hectus, counsel; Michael Bonzo, Defendant.

The parties were unable to reach an agreement at this time but agreed to continue settlement discussions between them. Accordingly, the telephonic status conference now scheduled for Thursday, December 3, 2009, is **RESCHEDULED** for **Wednesday, January 27, 2010, at 11:45 a.m.** Chamber of the undersigned will initiate the call.

December 1, 2009

                                               Dave Whalin, Magistrate Judge
                                               United States District Court

Copies to Counsel of Record

3|0