THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*[Electronically filed]*

JOHN MATTHEW WOOLDRIDGE, )
                Plaintiff, )
v. ) Civil Action No. 3:07CV-421-S
MICHAEL DELBERT BONZO )
                Defendant )

## CONFESSION OF JUDGMENT

Defendant, Michael Delbert Bonzo, having had a fair and full opportunity to consult with his counsel, confesses judgment in this action in the amount of $750,000.00 plus interest, Attorneys' fees and costs of litigation and collection for the following:

1. Violations against Plaintiff's rights under 42 U.S.C. § 1983 for negligent and reckless conduct that deprived the Plaintiff of his right to Due Process and his right to a Fair Trial, as guaranteed by the Seventh and Fourteenth Amendments to the United States Constitution.

2. Violations against Plaintiff's rights under 42 U.S.C. § 1983 for negligent and reckless conduct that denied plaintiff his right to be free from unreasonable seizures in violation of the Fourth and Fourteenth Amendments to the United States Constitution and state tort law.

3. Common law Malicious Prosecution and Abuse of Process in that Defendant's actions were taken for an improper purpose but not malice.

4. At all times relevant to this action, Defendant was a police officer employed by Louisville Metro Government a/k/a the Louisville Metro Police Department ("LMPD"), and was acting within the course and scope of his employment, and as an agent, servant, and/or employee of LMPD.

5. The damages herein are for actual damages to Plaintiff such as economic damages, damages to his credit, loss of liberty for his actual incarceration,

emotional distress for the embarrassment and humiliation for the criminal allegations, almost daily strip searches, the contemplation of possibly multiple years in prison and the continuing fear of unjustified persecution, punitive damages have been specifically excluded from the damages calculations.

Have seen and agreed,

/s/ C. Thomas Hectus
C. THOMAS HECUS
**HECTUS & STRAUSE PLLC**
804 Stone Creek Parkway, Suite One
Louisville, Kentucky 40223
*Telephone*: (502) 426-1661
*Facsimile*: (502) 426-6772
cthectus@hectusandstrause.com
***Counsel for Defendant***


/s/ Andrew J. Horne
*ANDERSON & HORNE, PLLC*
The Carriage House
517 West Ormsby Avenue
Louisville, Kentucky 40203
(502) 637-3335 *Telephone*
(502) 637-2774 *Facsimile*
Ajh@AndersonandHorne.com
**Counsel for the Plaintiff**

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served via the Court's CM/ECF Electronic System this 9th day of November 2011, which will serve all counsel of record.

                                              s/ C. Thomas Hectus
                                              s/ Andrew J. Horne