THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*[Electronically filed]*

| | |
|---|---|
| JOHN MATTHEW WOOLDRIDGE,<br>   Plaintiff,<br>v.<br>MICHAEL DELBERT BONZO<br>   Defendant | Civil Action No. 3:07CV-421-S |

## AMENDED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, Plaintiff John Matthew Wooldridge and Defendant Michael Delbert Bonzo, on advice of counsel, hereby stipulate to the dismissal, without prejudice, of all claims in this matter that were raised or could have been raised, which remain after Defendant's Confession of Judgment is entered by the Court, this Stipulation specifically includes the official capacity claims asserted against Michael Delbert Bonzo.

            Respectfully Submitted,
            *ANDERSON & HORNE, PLLC*

            /s/ Andrew J. Horne
            The Carriage House
            517 West Ormsby Avenue
            Louisville, Kentucky 40203
            (502) 637-3335 *Telephone*
            (502) 637-2774 *Facsimile*
            Ajh@AndersonandHorne.com
            **Counsel for the Plaintiff**

            /s/ C. Thomas Hectus
            C. THOMAS HECUS
            **HECTUS & STRAUSE PLLC**
            804 Stone Creek Parkway, Suite One
            Louisville, Kentucky 40223
            *Telephone*: (502) 426-1661
            *Facsimile*: (502) 426-6772
            cthectus@hectusandstrause.com
            **Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served via the Court's CM/ECF Electronic System this 12th day of December 2011, which will serve all counsel of record.

                s/ Andrew J. Horne