**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**JOHN MATTHEW WOOLDRIDGE**                                                           **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 3:07-CV-421-DW**

**MICHAEL DELBERT BONZO**                                                            **DEFENDANT**

**JUDGMENT**

The Plaintiff, John Matthew Wooldridge, and Defendant, Michael Delbert Bonzo, each by counsel, have tendered a pleading styled "Confession of Judgment" as to Wooldridge's claims against Bonzo, in his individual capacity, pursuant to 42 U.S.C. §1983 for violations of Wooldridge's rights under the Fourth, Seventh and Fourteenth Amendments to the federal Constitution, along with common law claims against Bonzo individually for malicious prosecution and abuse of process (DN 83).

The Federal Rules of Civil Procedure do not provide for a confession of judgment. The Court will construe the "Confession of Judgment" as an agreed judgment resolving all of the above-referenced claims against Defendant Bonzo under 42 U.S.C. §1983 in his individual capacity, and the common law claims against Bonzo individually for malicious prosecution and abuse of process.

The Court makes no finding other than that Plaintiff Wooldridge and Defendant Bonzo, in his individual capacity and individually, have agreed to the entry of a judgment against Bonzo in said capacities in the amount of $750,000.00, exclusive of interest, attorney's fees and costs. The Court does not adopt, ratify or incorporate into this judgment any stipulations or proposed findings of fact set forth in the parties' pleading (DN 83).

By a separate stipulation, Plaintiff Wooldridge and Defendant Bonzo, both through counsel, have stipulated to the dismissal, without prejudice, of all claims that were made, or could have been made in this action, which remain after their agreed judgment. Their stipulation specifically includes all official capacity claims asserted against Bonzo under 42 U.S.C. §1983.

The agreed judgment and stipulation of dismissal of all remaining claims leaves no other

issues to be decided in this action.[1]  The Court, pursuant to Fed.R.Crim.P. 58, enters a judgment in the amount of $750,000.00, exclusive of interest, attorney's fees and costs, against Defendant Michael Delbert Bonzo, in his individual capacity and individually.  This is a final and appealable order, and there is no just cause for delay.

Copies to Counsel of Record

---

[1] The Louisville/Jefferson County Metro Government and the Louisville Metro Police Department were also named as Defendants (DN 1).  Those claims were voluntarily dismissed, without prejudice, by Plaintiff Wooldridge on September 20, 2007 (DN 7).